**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:24-CR-00019 |
| NICHOLAS BRIMAGE, | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: NICHOLAS BRIMAGE

Detained at      Lerdo Pre-Trial Facility

17695 Industrial Farm Road, Bakersfield, California

Detainee is:    a.)   ☒ charged in this district by:   ☒ Indictment ☐ Information ☐ Complaint

charging detainee with:   18 U.S.C. § 922(g)(1)

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings

or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 13, 2024 at 2:30 p.m. in Bakersfield, in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Arin Heinz |
| Printed Name & Phone No: | Arin Heinz (559-388-1477) |
| Attorney of Record for: | United States of America |

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum                    ☐ Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on March 13, 2024* for an appearance at *2:30 p.m* and at the conclusion of said hearing to return said detainee to the above-named custodian.

Dated:    March 8, 2024

Honorable Christopher D. Baker
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | ☒ Male |
| Booking or CDC #: | 370091 | DOB:  June 26, 1979 |
| Facility Address: | 17695 Industrial Farm Road, Bakersfield, California, 93308 | Race:  Caucasian |
| Currently Incarcerated For: | Possession of a Firearm by a Felon, Possession of Controlled Substance | |

**RETURN OF SERVICE**

Executed on: _____        _____
                                     (signature)