IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00019-NODJ-BAM |
| Plaintiff, | [~~PROPOSED~~] ORDER ON APPLICATION ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |
| v. | |
| NICHOLAS BRIMAGE, | (Doc. 15) |
| Defendant. | |

On March 20, 2024, on the motion of Plaintiff The United States of America in this prosecution, the Court ordered Defendant Nicholas Brimage detained pending trial pursuant to 18 U.S.C. § 3142(e) and (i).

On March 25, 2024, counsel for Plaintiff filed an application for "Order Allowing Defendant's Appearance on a State of California Writ for Habeas Corpus AD PROSEQUENDUM."  (Doc. 15).  In its application, Plaintiff represents that the Superior Court for the State of California, County of Kern, has requested that the body of the above-named defendant be produced in Kern County Superior Court for further proceedings in the case of People of the State of California vs. Nicholas Brimage, BF197266A.  Accordingly to the application, the defendant's appearance before the state court judge is necessary on May 8, 2024, at 9:00 a.m.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Kern County Jail.  His next appearance before the United States District Court is scheduled for June 12, 2024, at 1:00 p.m. for a status conference.

Based on the application of Plaintiff and good cause appearing therein, IT IS HEREBY ORDERED that deputies of the Kern County Sheriff's Office or their designee may produce the defendant in Kern County Superior court on May 8, 2024, for purposes of her presence at the arraignment, but shall return her to the custody of the United States Marshal Service in the physical

custody of Kern County Jail immediately after the proceeding has concluded.  The Court further orders that the Kern County Sheriff's Office or their designated agents can produce the defendant for future state court proceedings with her return immediately thereafter after the U.S. Marshal Service and the Kern County Sheriff's Office confirms with an Assistant U.S. Attorney that no state court appearance conflicts with any federal court appearance.  Under no circumstances is the defendant to be released from the physical custody of the Kern County Jail other than for the court appearances that are the subject of this Order or scheduled Federal Court Appearances, or upon further order from this Court.

IT IS SO ORDERED.

Dated:   **March 25, 2024**

UNITED STATES MAGISTRATE JUDGE