PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00019-NODJ-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| NICHOLAS BRIMAGE, | CURRENT DATE: July 10, 2024.<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Nicholas Brimage, by and through defendant's counsel of record, Alekxia L. Torres Stallings hereby stipulate as follows:

1. A federal writ of habeas corpus is on file for Mr. Nicholas Brimage. Dkt 15, 16.

2. At approximately 1500 this afternoon, the USMS informed the Government that Kern County Sheriff's Officials were refusing to transport Mr. Nicholas Brimage for his scheduled status conference on July 10, 2024. The Government was also informed Mr. Brimage has an appearance in Kern County state proceedings on July 10, 2024.

3. The Government notified the Defense Counsel, and both parties attempted to contact Kern County officials to resolve the issue. The USMS also made numerous attempts through Kern County officials to resolve the issue. As of the filing of this stipulation, the parties have been informed that Kern County officials will not approve the release of Mr. Brimage to attend his federal proceedings.

1

Defense does not wish to file a Rule 43 waiver for Mr. Brimage's presence and prefers to proceed with Mr. Brimage being present in person. Therefore, the parties are respectfully requesting to continue the status conference to the next available date for the parties and the Court, August 14, 2024, for the reasons further outlined below.

4. As outlined in the joint status report filed on July 3, 2024 (Dkt 22), the Government provided additional discovery to the Defense pursuant to a Defense request. Defense reviewed it and does not intend to file a motion to suppress based on the evidence received. However, although Defense intended to meet with her client prior to July 10, 2024, Defense has not had the opportunity to discuss the new evidence with her client, due to the holiday and medical issues.

5. Defense counsel requires additional time to discuss the new evidence with her client, as well as conduct her own investigation based on the new evidence. Additionally, Counsel for defendant desire time to further discuss trial strategy, possibly defenses, and further investigation that may be necessary, as well as to finalize plea discussions with her client and has accounted for scheduling conflicts to reach the proposed date.

6. Finally, Defense counsel and Government also require additional time to discuss potential resolution of this case. The parties are actively discussing whether resolution of this case is possible.

7. Mr. Brimage objects to exclusion of time; however, the parties are requesting exclusion of time over his objection for all of the reasons outlined above. The parties request that the Court find for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 10, 2024. to August 14, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

9. IT IS SO STIPULATED.

| | |
|---|---|
| DATED: July 9, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>By: /s/ *Arin C. Heinz*<br>ARIN C. HEINZ<br>Assistant U.S. Attorney |
| DATED: July 9, 2024 | By: */s/ Alekxia L. Torres Stallings*<br>ALEKXIA L. TORRES STALLINGS<br>Attorney for Defendant<br>JAMES ESCANDON JR. |

## **ORDER**

Based on good cause, IT IS SO ORDERED that the status conference is continued from July 10, 2024, to **August 14, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

Based upon the representations in the parties' Joint Status Report (Doc. 22), the briefing schedule set forth in Doc. 19 and the motion hearing date of August 19, 2024 are VACATED.

IT IS SO ORDERED.

Dated: __July 10, 2024__         /s/ *Barbara A. McAuliffe*
                         UNITED STATES MAGISTRATE JUDGE

3