PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00019-JAM-BAM |
|---|---|
| Plaintiff, | |
| v. | **AMENDED STIPULATION AND PROPOSED ORDER** |
| NICHOLAS BRIMAGE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Nicholas Brimage, by and through defendant's counsel of record, Victor Nasser hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on November 13, 2024.

2. By this stipulation, defendant now moves to vacate the status conference on November 13, 2024, schedule a status conference on January 8, 2025, a trial confirmation hearing on March 11, 2025, and trial on April 21, 2025, and to exclude time between November 13, 2024, and April 21, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) Mr. Nasser was appointed to represent Mr. Brimage on August 14, 2024, following a Marsden hearing. Discovery has been provided to the Defense counsel. Defense counsel is in the process of reviewing the discovery and conducting their own investigation.

b) The parties are in plea discussions and the Government's plea offer will expire on January 8, 2025, the date of the next requested status conference.

c) The defense counsel requires additional time to review the terms of the plea, sentencing guidelines, and any possibly defenses. The parties request the earliest date both the parties and the Court is available for a status conference and trial. The parties have accounted for scheduling conflicts to reach the proposed date.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 13, 2024 to April 21, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: November 7, 2024  PHILLIP A. TALBERT
United States Attorney

By: /s/ *Arin C. Heinz*
ARIN C. HEINZ
Assistant U.S. Attorney

DATED: November 7, 2024     By: */s/ Victor Nasser*
VICTOR NASSER
Attorney for Defendant
NICHOLAS BRIMAGE

## ORDER

Based on the stipulation of the parties and good cause appearing, the November 13, 2024 status conference is **VACATED** and **RESET** for **Wednesday, January 08, 2025, 01:00 p.m.**, in Courtroom 8, on the 6th floor of the Robert E. Coyle Federal Courthouse, in Fresno, California, before Magistrate Judge Barbara A. McAuliffe.

A **trial confirmation hearing** is **SET** for **Tuesday, March 11, 2025**, and a **jury trial** is **SET** to commence on **Monday, April 21, 2025**, both at **09:00 a.m.**, in Courtroom 6, on the 14th floor of the Robert T. Matsui Federal Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

Time is **EXCLUDED** through and including April 21, 2025, as described in the parties' Stipulation.

IT IS SO ORDERED.

Dated: November 15, 2024     /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE