PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-19-JAM-BAM |
|---|---|
| Plaintiff, | |
| v. | JOINT STATUS REPORT AND STIPULATION FOR PROPOSED BRIEFING SCHEDULE |
| NICHOLAS BRIMAGE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Nicholas Brimage, by and through defendant's counsel of record, Victor Nasser hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on January 8, 2025, a trial confirmation hearing on March 11, 2025, and trial on April 21, 2025. By minute order, the Court directed the parties to meet and confer to file a joint status report. Dkt. 39.

2. Accordingly, the parties agree and stipulate, and request that the Court order the following:

   a) The parties do not believe this case will resolve via a plea agreement at this time, and request to proceed to trial on April 21, 2025, as currently scheduled. The parties estimate the trial will take approximately three days.

   b) The Defense counsel plans to file a Motion to Suppress. The Government does

1

not anticipate filing any motions at this time. Accordingly, the parties request the Court order the following briefing schedule:

    c)    Defense Motion to Suppress will be filed no later than February 3, 2025.

    d)    The Government will file its Opposition no later than February 28, 2025.

    e)    The Defense will file its Reply no later than March 7, 2025.

    f)    The parties request the Court hear the Motion to Suppress during the scheduled Trial Confirmation Hearing on March 11, 2025.

IT IS SO STIPULATED.

DATED:   January 6, 2025

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Arin C. Heinz*
ARIN C. HEINZ
Assistant U.S. Attorney

DATED:   January 6, 2025

By: */s/ Victor Nasser*
VICTOR NASSER
Attorney for Defendant
NICHOLAS BRIMAGE

### FINDINGS AND ORDER

IT IS SO ORDERED that the status conference set for January 8, 2025 in Department 8 is vacated. The Court sets the briefing schedule as follows:

    a)    Defense Motion to Suppress will be filed no later than February 3, 2025.

    b)    The Government will file its Opposition no later than February 28, 2025.

    c)    Reply no later than March 7, 2025.

The hearing on the motion is set for March 11, 2025 at 9:00 a.m. in Courtroom 6 (JAM), on the 14th floor of the Robert T. Matsui Federal Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated:   **January 6, 2025**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE