```
MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
LUKE BATY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-cr-00019-JAM-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING** |
| v. | |
| NICHOLAS BRIMAGE, | |
| Defendant. | |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and NICHOLAS BRIMAGE, by and through defendant's counsel of record, Victor Nasser, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on March 25, 2025. This case is docketed for trial on April 21, 2025. The parties have discussed resolving this case via a plea and request to vacate the status conference on March 25, 2025. The parties request to schedule a change of plea on April 22, 2025.

2. Time was previously excluded until April 21, 2025. The defense counsel further requests that time be excluded between until April 22, 2025, to ensure continuity of counsel, and sufficient time to prepare for sentencing proceedings and execute a signed plea agreement with defendant Brimage. Defense counsel is currently engaged in a lengthy trial in state court in Kern County. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must

commence, the time period of March 25, 2025 to April 22, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: March 17, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated: March 17, 2025

/s/ VICTOR NASSER
Victor Nasser
Counsel for Defendant

## ORDER

Based on the stipulation of the parties, the 03/25/2025 status conference is **VACATED**. A Change of Plea Hearing is **SET** for **Tuesday, April 22, 2025, at 09:00 a.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez. The 04/21/2025 jury trial is hereby **VACATED**.

Time is **EXCLUDED** through and including 04/22/2025, as described in the parties' Stipulation.

IT IS SO ORDERED.

Dated: March 17, 202

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE