KIMBERLY A. SANCHEZ
Acting United States Attorney
ARIN C. HEINZ
LUKE BATY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>NICHOLAS BRIMAGE,<br><br>            Defendant. | CASE NO. 1:24-cr-00019-JAM-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and NICHOLAS BRIMAGE, by and through defendant's counsel of record, Victor Nasser, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 5, 2025.

2. The parties hereby request to delay sentencing until August 26, 2025. The parties require additional time to prepare for sentencing. Additionally, both Government counsel are unavailable on the originally scheduled date due to unavoidable conflicts arising. Finally, Mr. Brimage is in the midst of resolving an unrelated state matter and requires additional time to do so.

IT IS SO STIPULATED.

STIPULATION AND ORDER                                     1

Dated: July 29, 2025          KIMBERLY A. SANCHEZ
                              Acting United States Attorney

                               /s/ ARIN C. HEINZ
                              ARIN C. HEINZ
                              Assistant United States Attorney

Dated: July 29, 2025

                               /s/ VICTOR NASSER
                              Victor Nasser
                              Counsel for Defendant

**ORDER**

Based on the stipulation of the parties, the August 05, 2025 sentencing hearing is **CONTINUED** to **Tuesday, August 26, 2025, at 09:00 a.m**., <u>in person</u>, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: July 29, 2025           /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE