IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>NICHOLAS BRIMAGE,<br><br>                Defendant. | CASE NO. 1:24-cr-00019-JAM-BAM<br><br>**ORDER TO CONTINUE SENTENCING** |

     The August 26, 2025 Judgment and Sentencing is **VACATED** and **RESET** for **October 21, 2025**, **at 09:00 a.m**., in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

     IT IS SO ORDERED.

August 18, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE