ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS BRIMAGE,<br><br>Defendant. | CASE NO. 1:24-cr-00019-JAM-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>DATE: January 6, 2026<br>TIME: 9:00 AM<br>COURT: Hon. John A. Mendez |

**JOINT STIPULATION TO CONTINUE SENTENCING HEARING**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing hearing on January 6, 2026 in front of the Honorable John A. Mendez.

2. The Defendant is currently housed in the Lerdo Correctional Facility in Kern County, California and facing criminal charges in Kern County Superior Court.

3. On January 5, 2026, the parties were made aware that the United States Marshal Service was unable to transport the Defendant from Kern County custody without a new Writ of Habeas Corpus issued by the Court, and that the Defendant would not appear at his sentencing on January 6, 2026.

4. The parties hereby request to continue sentencing until Tuesday, February 10, 2026 at 9:00am to allow time for the Court to issue a new Writ of Habeas Corpus and give time for the USMS to

arrange transportation of the Defendant.

      IT IS SO STIPULATED.

///

///

Dated:  January 5, 2026            ERIC GRANT
                                                              United States Attorney

                                                              /s/ LUKE BATY
                                                              LUKE BATY
                                                              Assistant United States Attorney

Dated:  January 5, 2026            /s/ LINDA C. HARTER
                                                              LINDA C. HARTER
                                                              Counsel for Defendant
                                                              NICHOLAS BRIMAGE

**ORDER**

Based upon the stipulation and representations of the parties, the Court orders the sentencing be **CONTINUED** until **February 10, 2026, at 9:00 AM.**

IT IS SO ORDERED.


Dated:  January 05, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE